EASTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:  LONNIE ERVIN WHITLEY, II and MELISSA DIANE WHITLEY
CASE NUMBER:  04-05558-8-RDD

REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the court,

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows

NAME AND LAST KNOWN ADDRESS                    AMOUNT OF DIVIDEND

                                                                                4.00

LONNIE ERVIN WHITLEY, II
5636 CARTER RD
WILSON, NC 27893

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful; WHEREFORE, the undersigned Trustee desires to pay into the court said unclaimed dividends pursuant to 11USC 347

DATED: December 7, 2009

_____ S/ ROBERT R BROWNING
                          CHAPTER 13 TRUSTEE